```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA        )
                                )
vs.                             ) Criminal Action
                                )
HERZZON SANDOVAL,               ) No. 15-10338-FDS
EDWIN GUZMAN,                   )
CESAR MARTINEZ,                 )
ERICK ARGUETA LARIOS,           )
            Defendants          )
```

BEFORE:  THE HONORABLE F. DENNIS SAYLOR, IV


<u>JURY TRIAL DAY 16</u>


John Joseph Moakley United States Courthouse
Courtroom No. 2
1 Courthouse Way
Boston, MA 02210

February 21, 2018


Valerie A. O'Hara
Official Court Reporter
John Joseph Moakley United States Courthouse
1 Courthouse Way, Room 3204
Boston, MA 02210
E-mail: vaohara@gmail.com

1  APPEARANCES:

2  For The United States:

3     United States Attorney's Office, by CHRISTOPHER J. POHL,
   ASSISTANT UNITED STATES ATTORNEY, and KELLY BEGG LAWRENCE,
4  ASSISTANT UNITED STATES ATTORNEY, 1 Courthouse Way, Suite 9200,
   Boston, Massachusetts 02110;
5
   For the Defendant Herzzon Sandoval:
6
       Foley Hoag LLP, by MARTIN F. MURPHY, ESQ. and
7  MADELEINE K. RODRIGUEZ, ATTORNEY,
   155 Seaport Boulevard, Boston, Massachusetts 02210;
8
   For the Defendant Edwin Guzman:
9
       Lawson & Weitzen, by SCOTT P. LOPEZ, ESQ.,
10 88 Black Falcon Avenue, Suite 345, Boston, Massachusetts 02210

11 For the Defendant Erick Arueta Larios:

12     THOMAS J. IOVIENO, ESQ., 345 Neponset Street
   Canton, MA 02021;
13
   For the Defendant Cesar Martinez:
14
       Stanley W. Norkunas, 11 Kearney Square,
15 Howe Building, Suite 202, Lowell, Massachusetts 01852.

16     ROBERT M. SALTZMAN, ESQ., 1 Central Street, Suite 5,
   Stoneham, Massachusetts 02180.
17
   ALSO PRESENT:  Gabriel Haddad, Spanish Interpreter
18                Carrie Lilley, Spanish Interpreter

19

20

21

22

23

24

25

```
 1                         PROCEEDINGS
 2              THE CLERK:  All rise for the jury.
 3              (JURORS ENTERED THE COURTROOM.)
 4              THE CLERK:  Thank you.  Good morning, ladies and
 5   gentlemen.  It looks like we have all twelve of you and three
 6   alternates, so I will instruct you to resume your
 7   deliberations.  If I haven't I heard from you otherwise, I'm
 8   going to check in probably at about ten minutes to four, maybe
 9   like quarter to four, anyway, no later than that.
10              I also wanted to -- I hope I don't need to clarify
11   this, but I will anyway.  Yesterday when I said that we need to
12   keep the alternates around because sometimes things happen to
13   jurors, what I mean is things like they get the flu, not more
14   serious than that.  With that, I instruct you to retire and
15   resume your deliberations.
16              THE CLERK:  All rise.
17              (JURORS EXITED THE COURTROOM.)
18              (Jury deliberating)
19              THE CLERK:  All rise for the jury.
20              (JURORS ENTERED THE COURTROOM.)
21              THE COURT:  Ladies and gentlemen, it's again time
22   where I have to leave for the day.  It's about a few minutes
23   before four.  I'm inferring you want to come back tomorrow; is
24   that correct?  All right.  Nine o'clock.  All right, nine
25   o'clock it is.  We will assemble in the courtroom at nine
```

1  o'clock, make sure you're all here, and then I'll instruct you
2  to resume your deliberations.  Please take special care not to
3  discuss the case with anyone outside the courtroom and to
4  ignore any media reports of any kind, and I will see you
5  tomorrow morning at 9:00.
6          THE CLERK:  All rise.
7          (JURORS EXITED THE COURTROOM.)
8          (Whereupon, the hearing was adjourned at 12:59 p.m.)

1  C E R T I F I C A T E
2
3  UNITED STATES DISTRICT COURT )
4  DISTRICT OF MASSACHUSETTS ) ss.
5  CITY OF BOSTON )
6
7         I do hereby certify that the foregoing transcript was
8  recorded by me stenographically at the time and place aforesaid
9  in Criminal Action No. 15-10338-FDS, UNITED STATES vs.
10 HERZZON SANDOVAL, et al., and thereafter by me reduced to
11 typewriting and is a true and accurate record of the
12 proceedings.
13         Dated this 22nd day of June, 2018.
14                  s/s Valerie A. O'Hara
15                  _____
16                  VALERIE A. O'HARA
17                  OFFICIAL COURT REPORTER
18
19
20
21
22
23
24
25