# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

November 15, 2021

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

Re: Cesar Martinez
v. United States
No. 21-6268
(Your No. 19-1026)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 18, 2021 and placed on the docket November 15, 2021 as No. 21-6268.

Sincerely,

**Scott S. Harris**, Clerk

by

Jeffrey Atkins
Deputy Clerk